# Court of Appeals
# of the State of Georgia

ATLANTA, July 21, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0485. GEORGIA'S OWN CREDIT UNION v. T. CHASTIN GRACE JR. LLC.

In an effort to stop Georgia's Own Credit Union from foreclosing on property located in Augusta, T. Chastin Grace, Jr., LLC filed an emergency petition and motion for a temporary restraining order and preliminary injunction. Following a hearing, the trial court prohibited the credit union from foreclosing on and selling the property for 30 days. The credit union thereafter filed a timely application for discretionary review.

An order granting or denying a motion for an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4). See *Jones v. Peach Trader*, 302 Ga. 504, 511 (III) (807 SE2d 840) (2017). Although the trial court nominally only addressed the request for a temporary restraining order, "there is no magic in nomenclature. A document is to be construed by its substance or function, rather than by its name." *Dolinger v. Driver*, 269 Ga. 141, 142 (1) (498 SE2d 252) (1998). Where a "temporary restraining order" is entered after an adversarial hearing and grants the plaintiff the relief sought, it is directly appealable as an interlocutory injunction. Id. Here, the trial court's order was issued after a hearing and provided T. Chastin Grace, Jr., LLC with a 30-day delay in the foreclosure so that it could attempt to refinance the underlying loans. As such, it appears that the trial court's order is a directly appealable interlocutory injunction. See id.

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this

application is hereby GRANTED. The credit union shall have ten days from the date of this order to file a notice of appeal in the trial court if it has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__07/21/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*